ADAM PAUL LAXALT
  Attorney General
ROBERT DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>           Plaintiff,<br><br>vs.<br><br>FILSON, et al.,<br><br>           Defendant. | Case No. 3:18-cv-00298-MMD-CBC<br><br>**MOTION TO EXTEND THE STAY** |

Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move to have the stay in this matter extended until seven days after completion of the early mediation conference. This Court entered an Order (ECF No. 3) on July 24, 2018. The Order stayed the matter for 90 days and referred the matter to the Court's Inmate Early Mediation Program. An early mediation conference has not yet been set and the 90-day stay has expired. However, it is the Defendants' understanding that an early mediation conference will be set in the near future.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Defendants respectfully request that this Court stay the matter, and the requirement to file a 90-day stay report, until seven days after an early mediation conference can be completed.

DATED this 22nd day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Robert W. DeLong
ROBERT W. DELONG
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 10/24/2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of October, 2018, I caused to be served a copy of the foregoing, **MOTION TO EXTEND THE STAY,** by U.S. District Court CM/CEF Electronic Filing on:

Benjamin Espinosa #74296
Northern Nevada Correctional Center
C/O NNCC Law Librarian
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3