1  ADAM PAUL LAXALT
     Attorney General
2  ROBERT DELONG, Bar No. 10022
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1120
6  E-mail: rdelong@ag.nv.gov

7  *Attorneys for Defendants*
   *Michelle Clay and Michelle Ewing*



8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 BENJAMIN ESPINOSA,              Case No. 3:18-cv-00298-MMD-CBC

12           Plaintiff,             ORDER

13 vs.                              DEFENDANTS' MOTION FOR EXTENSION
                                    OF TIME
14 FILSON, et al.,

15           Defendant.

16        Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Michele Clay and Michelle Ewing, by and

17 through counsel, Adam Paul Laxalt, Nevada Attorney General, and Robert W. DeLong, Deputy

18 Attorney General, hereby move to extend the deadline to file Oppositions to (1) Plaintiff's Motion for

19 Leave to Amend 42 U.S.C. § 1983 Compliant (ECF No. 25), (2) Plaintiff's Motion to Extend Prison

20 Copy Work Limit for Federal 42 U.S.C. § 1983 Action (ECF No. 26), and (3) Plaintiff's Motion to

21 Appoint Counsel (ECF No. 27) until 10 days after the parties have completed the early mediation

22 conference and the present stay is lifted. Defendants submit that these motions may be mooted if a

23 settlement is reached in this case.

24        An early mediation conference has been set in this matter for Tuesday, December 11, 2018.

25 (ECF No. 29.) In addition, a stay is presently in place because this Court granted Defendant's Motion to

26 Extend the Stay (ECF No. 24) on October 22, 2018. The Order Granting the Motion to Extend the Stay

27 (ECF No. 28) states that the matter is stayed "until seven days after the early mediation conference can

28 be completed."

                                                  1

Accordingly, Defendants respectfully request that this Court enter an Order extending the deadline to file oppositions to Plaintiff's motions (ECF No. 25, 26 and 27) until 10 days after the stay in this matter is lifted.

DATED this 6th day of November, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
ROBERT W. DELONG
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

IT IS SO ORDERED
*[signature]*
U.S. MAGISTRATE JUDGE
DATED: 11/7/2018