ADAM PAUL LAXALT
  Attorney General
ROBERT DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants
Michele Ewing and
Michelle Clay*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA, | Case No. 3:18-cv-00298-MMD-CBC |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OPPOSE MOTIONS FILED DURING THE STAY** |
| FILSON, et al., | |
| Defendant. | |

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Michele Ewing and Michelle Clay, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Robert W. DeLong, Deputy Attorney General, hereby move to extend the deadline to file Oppositions to (1) Plaintiff's Motion for Leave to Amend 42 U.S.C. § 1983 Complaint (ECF No. 25), (2) Plaintiff's Motion to Extend Prison Copy Work Limit for Federal 42 U.S.C. § 1983 Action (ECF No. 26), and (3) Plaintiff's Motion to Appoint Counsel (ECF No. 27) for an additional 14 days. Defendants calculate that Oppositions to these motions are presently due on December 28, 2018.

    Defendants seek an additional 14 days, until January 11, 2018, to file oppositions because undersigned counsel has been out for family medical leave on December 24th and 26th, and will also be out on December 28th (the current opposition deadline) for family medical leave. This request is made in good faith and not for the purpose of delay. Defendants note that Plaintiff has recently filed a motion to stay these proceedings and to consolidate this action with another matter. (ECF No. 37 & 38.)

/ / /

1

1 | The Defendants respectfully submit that none of the parties will be prejudiced by the extension
2 | of time sought.
3 | DATED this 27th day of December, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ROBERT W. DELONG
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 1/7/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of December, 2018, I caused to be served, a true and correct copy of the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OPPOSE MOTIONS FILED DURING THE STAY**, by U.S. District Court CM/ECF Electronic Filing on:

Benjamin Espinosa #74296
Northern Nevada Correctional Center
C/O NNCC Law Librarian
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3