AARON D. FORD
  Attorney General
CHARLES H. ODGERS, Bar No. 8596
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: codgers@ag.nv.gov

*Attorneys for Defendants
Romero Aranas, Gloria Carpenter,
Michelle Clay, James Dzurenda,
Michele Ewing, Gail Holmes,
Scott Mattinson and William Reubart*



FILED / ENTERED ✓
RECEIVED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD
OCT - 8 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FILSON, et al.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-00298-MMD-CBC<br><br>**MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTIFF (FIRST REQUEST)** |

Defendants, Romero Aranas, Gloria Carpenter, Michelle Clay, James Dzurenda, Michele Ewing, Gail Holmes, Scott Mattinson and William Reubart by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Charles H. Odgers, Deputy Attorney General, hereby move this Court for an order enlarging the time to respond to Discovery Requests Propounded by Plaintiff in this case. This Motion is made pursuant to Fed. R. Civ. Proc. 6(b) and is based upon the following Points and Authorities and all pleadings and papers on file herein. This Motion is made in good faith and not for the purposes of undue delay.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.　NATURE OF MOTION**

The Defendants submit there is good cause to enlarge the time for Defendants' to respond to Plaintiff's discovery requests. Plaintiff propounded individual discovery in this case on each named Defendant on August 14, 2019. On August 28, 2019, when it became clear the Office of the Attorney

1

General would not be able to meet the 30 day time to file responses on behalf of these Defendants, counsel had a telephonic meet and confer with the Plaintiff to request a continuation of discovery to September 27, 2019. Plaintiff agreed to that continuance.

However, the volume of discovery requests in this and all of the other cases has made completion of discovery responses by September 27, 2019 not possible. Interrogatories for Defendants Clay, Aranas and Mattinson have been responded to by these Defendants and will be sent to Plaintiff before the deadline. Response to Request for Admissions to Ewing have been drafted, however, Dr. Ewing has been unable to meet with counsel to approve the draft responses. Discovery responses from Holmes and Carpenter have not been responded to by these Defendants as they have only recently been drafted by this office and sent to these Defendants.

The responses to Request for Production of Documents will be sent prior to expiration of time. The undersigned was notified this week that the remaining discovery responses would be late and there was no time to arrange a telephonic meet and confer with the Plaintiff to request additional time to respond, making this motion for enlargement of time a necessity.

## II.  ARGUMENT

Fed. R. Civ. P. 6(b) grants this Court discretion to enlarge the period of time in which an act is to be done. Fed. R. Civ. P. 6(b)(1)(b) provides in pertinent part:

> When by these rules . . . or by order of court an act is required or allowed to be done at or within a specified time, the court for good cause extend the time on motion made after the time has expired if the party failed to act because of excusable neglect.

The time for Defendants to file their discovery responses is September 27, 2019. The request for enlargement is timely because this office has been short staffed, there was a recent trial and the sheer number of requests submitted by all Plaintiffs in all of the cases has made it near impossible to prepare drafts, send to Defendants and obtain responses in a timely manner. Additionally, counsel has worked very diligently to bring all of the cases assigned since being hired on August 5, 2019 current. Unfortunately, not everything has been accomplished yet. These discovery responses are one of the items that has yet to be accomplished. This is the Defendants' first request for enlargement of time with respect to responding to and/or filing response to discovery, submitted to the Court. This request for

enlargement of time is made in good faith and not for the purpose of delay. Defense counsel is requesting a thirty day extension to include October 25, 2019. However, as discovery responses are received, they will be submitted to Plaintiff, with the intent not to use the entire 30 day period requested.

## III.   CONCLUSION

Based on the foregoing the Defendants respectfully submit that the Court should grant the Defendants' motion and enter an Order enlarging the time to respond to propounded discovery by Plaintiff on behalf of Defendants Holmes, Carpenter and Ewing by thirty days, up to and including October 25, 2019.

DATED this 7th day of October, 2019.

AARON D. FORD
Attorney General

By: _____
CHARLES H. ODGERS, Bar No. 8596
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: 10/8/2019