1
2
3
4            UNITED STATES DISTRICT COURT
5               DISTRICT OF NEVADA
6                    * * *

7   BENJAMIN ESPINOSA,                    Case No. 3:18-CV-0298-MMD-CLB

8                          Plaintiff,     REPORT AND RECOMMENDATION OF
                                          UNITED STATES MAGISTRATE
9        v.                                          JUDGE

10  FILSON, et al.,

11                        Defendants.

12          This Report and Recommendation is made to the Honorable Miranda M. Du,
13  United States District Judge.  The action was referred to the undersigned Magistrate
14  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.
15  Before the court is plaintiff's motion to voluntarily dismiss defendants Michelle Clay and
16  AW T. Sandoval (ECF No. 95).  No opposition was filed.

17          Pursuant to Fed. R. Civ. P. 41(2) after an answer is filed, an action may be
18  dismissed at the plaintiff's request by a court order.  In his motion, plaintiff states that he
19  has found no evidence to support a violation of his civil rights by Michelle Clay and AW
20  T. Sandoval and seeks to voluntarily dismiss these two defendants.  (ECF No. 95).

21          No opposition was filed.  Local Rule 7-2(d)  provides that the failure of an opposing
22  party to file points and authorities in response to any motion . . . constitutes a consent to
23  the granting of the motion.

24           Based on the foregoing and for good cause appearing, the court recommends that
25  plaintiff's motion to voluntarily dismiss Michelle Clay and AW T. Sandoval (ECF No. 95)
26  be granted.

27
28

The parties are advised:

1.     Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt.  These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.     This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## RECOMMENDATION

IT IS THEREFORE RECOMMENDED that plaintiff's motion to voluntarily dismiss defendants Michelle Clay and AW T. Sandoval (ECF No. 95) be **GRANTED** and Michelle Clay and AW T. Sandoval be **DISMISSED without prejudice**.

DATED:  January 16, 2020.

_____
UNITED STATES MAGISTRATE JUDGE