AARON D. FORD
   Attorney General
ROST C. OLSEN, Bar No. 14410
   Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1209
E-mail: rolsens@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Gloria Carpenter, Michelle Clay,*
*James Dzurenda, Michele Ewing, Gail Holmes,*
*Scott Mattinson and William Reubart*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA, | Case No. 3:18-cv-00298-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| FILSON, et al., | |
| Defendant. | |

It is hereby stipulation and agreed by and between Plaintiff, Benjamin Espinosa, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rost C. Olsen, Deputy Attorney General, that the above-captioned

///
///
///
///
///
///
///
///
///

1

matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

Dated: 9/9/20

_____
Benjamin Espinosa#74296, Plaintiff
*Pro Se*

Dated: 9/10/2020

AARON D. FORD
Attorney General

By: _____
Rost C. Olsen, Bar No. 14410
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
**U.S. DISTRICT JUDGE**

DATED: September 11, 2020.

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day September, 2020, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Benjamin Espinosa #74296
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
esp_lawlibray@doc.nv.gov

*/s/ Perla M. Hernandez*
An employee of the
Office of the Attorney General