**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BENJAMIN ESPINOSA,

              Plaintiff,

  v.

FILSON, et al.,

              Defendants.

3:18-cv-0298-MMD-CLB

**ORDER**

Plaintiff has filed a motion requesting transcripts of the settlement reached on August 11, 2020 due to defendants' failure to meet the terms of the agreement (ECF No. 129). Defendants shall file a response to this motion on or before **Monday, November 2, 2020**.

**DATED:** October 23, 2020.

_____

**UNITED STATES MAGISTRATE JUDGE**