UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BENJAMIN ESPINOSA,

Plaintiff,

v.

FILSON, et al.,

Defendants.

Case No. 3:18-CV-0298-MMD-CLB

**ORDER**

Before the court is plaintiff's request for a transcript based on the premise that the settlement agreement entered into on August 11, 2020 was not properly consummated (ECF No. 129).   Defendants responded to the motion by providing all settlement documents to the plaintiff (ECF No. 131).  No reply was filed.

Based upon the court's review of the briefing, it appears this matter may have been resolved.  Therefore, plaintiff's request for a transcript (ECF No. 129) is **DENIED as moot.** Nevertheless, if plaintiff still desires a transcript of that portion of the record itemizing the settlement terms (ECF No. 125), he may order one from the Clerk at his own expense.

**DATED**: November 19 ,2020

_____
**UNITED STATES MAGISTRATE JUDGE**